UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 6:21-cr-145
26 U.S.C. § 7206(2)
MARCOS ANTONIO TEJEDA  26 U.S.C. § 7206(1)

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about April 18, 2017, in the Middle District of Florida, and elsewhere, the defendant,

MARCOS ANTONIO TEJEDA,

did willfully aid and assist in, and counsel and advise the preparation and presentation to the Internal Revenue Service, of a 2016 U.S. Individual Income Tax Return, Form 1040, in the name of S.M. The return was false and fraudulent as to material matters, in that it misrepresented S.M.'s business gross receipts, capital gains, gross income, adjusted gross income and other statutory adjustments under the provisions of the Internal Revenue laws under the provisions of the Internal Revenue laws to fraudulently decrease the amount of taxes owed by $55,168.00, whereas, as the defendant then and there knew, this amount of tax owed was incorrect.

In violation of 26 U.S.C. § 7206(2).

## COUNT TWO

Beginning on or about April 16, 2018 in the Middle District of Florida, and elsewhere, the defendant,

MARCOS ANTONIO TEJEDA,

did willfully aid and assist in, and counsel and advise the preparation and presentation to the Internal Revenue Service, of a 2017 U.S. Individual Income Tax Return, Form 1040, in the name of S.M. The return was false and fraudulent as to material matters, in that it misrepresented S.M.'s capital gains, taxable income, adjusted gross income, and other statutory adjustments under the provisions of the Internal Revenue laws under the provisions of the Internal Revenue laws to fraudulently decrease the amount of taxes owed by $56,419.00, whereas, as the defendant then and there knew, this amount of tax owed was incorrect.

In violation of 26 U.S.C. § 7206(2).

## COUNT THREE

On or about April 15, 2018, in the Middle District of Florida, and elsewhere, the defendant

MARCOS ANTONIO TEJEDA,

did willfully make and subscribe a 2017 United States Individual Tax Return, which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. That United States Individual Tax Return, Form 1040, which was prepared and signed in the Middle District of Florida and was filed with the Internal Revenue Service, stated

the amount of his income, whereas, as he then and there well knew and believed, his true income was an amount substantially in excess of that amount.

In violation of 26 U.S.C. § 7206(1).

                                                KARIN HOPPMANN
                                                Acting United States Attorney

By: _[signature]_
       Amanda S. Daniels
       Assistant United States Attorney

By: _[signature] for RBH_
       Roger B. Handberg
       Assistant United States Attorney
       Chief, Orlando Division